**UNITED STATES of America, Appellant, v. GYPSY OIL COMPANY, a Corporation, and Gulf Oil Corporation, a Corporation, Appellees.**

**No. 2430.**

Circuit Court of Appeals, Tenth Circuit.

April 30, 1942.

Frank J. Dugan and Aubrey Lawrence, both of Washington, D. C. (Norman M. Littell, Asst. Atty. Gen., Whit Y. Mauzy, U. S. Atty., of Tulsa, Okl., Charles R. Denny, of Washington, D. C., Hook & Thomas, of Kansas City, Mo., and Henry R. Duncan, of Tulsa, Okl., on the brief), for appellant.

James B. Diggs, of Tulsa, Okl. (William C. Liedtke, Russell G. Lowe, Redmond S. Cole, C. L. Billings, and James B. Diggs, Jr., all of Tulsa, Okl., on the brief), for appellees.

Before PHILLIPS, HUXMAN, and WILLIAMS, Circuit Judges.

HUXMAN, Circuit Judge.

This is a companion case to United States v. Barnsdall Oil Co., 127 F.2d 1019, decided by us this day. The ultimate facts and the questions of law are the same in both cases. What we said there and the conclusions we reached in that case apply with equal force here. No useful purpose would be served by reiterating in detail here what we said in the Barnsdall case.

The decision of the lower court is affirmed on the authority of United States v. Barnsdall Oil Co., decided by us this day.

■

**Harry F. MAY v. UNITED STATES.**

**No. 2509.**

Circuit Court of Appeals, Tenth Circuit.

April 15, 1942.

Anthony J. Albert, of Santa Fe, N. M., for appellant.

Everett M. Grantham, U. S. Atty., of Albuquerque, N.M., for appellee.

Before PHILLIPS and HUXMAN, Circuit Judges.

PER CURIAM.

Cause remanded, pursuant to agreement of parties, to the trial court for the purpose of entertaining a motion for a new trial on the grounds of newly discovered evidence.

■

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. FORT DODGE SERUM COMPANY.**

**No. 12264.**

Circuit Court of Appeals, Eighth Circuit.

April 16, 1942.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

H. P. Lefler, of Fort Dodge, Iowa, for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and stipulation filed with Board.